UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

                          Plaintiff,

            v.                                              No.  24-CV-9139 (RA)

KEVIN P. MAHONEY,                                           ORDER

                          Defendant.

RONNIE ABRAMS, United States District Judge:

        A post-fact-discovery conference in this matter was previously scheduled for June 13, 2025 at 11:30

a.m.  As set forth in the Case Management Plan and Scheduling Order, *see* ECF No. 27, no later than one

week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of

the case, including but not limited to whether either party intends to file a dispositive motion and what efforts

the parties have made to settle the action.  If the parties seek to adjourn the conference, they shall notify the

Court as soon as possible.

        Unless the parties request otherwise, the Court will hold this conference by telephone.  The parties

shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681;

Meeting ID: 23055424735.  This conference line is open to the public

SO ORDERED.

Dated:    May 30, 2025
          New York, New York

                                                    _____
                                                    Ronnie Abrams
                                                    United States District Judge