```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

          Plaintiff,

  -against-

KEVIN P. MAHONEY,

          Defendant.

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of defendant's letter-motion to compel discovery, filed on June 23, 2025. (Dkt. 49.) In accordance with Moses Ind. Prac. § 2(e), any opposition to the letter-motion must be filed no later than **June 26, 2025**, and any reply must be filed no later than **June 30, 2025**.

Given that the Court now has two pending discovery motions (*see* Dkts. 39, 49), the discovery conference currently scheduled for **June 30, 2025** is ADJOURNED to **July 10, 2025, at 11:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007, and the parties' deadline to file their joint status letter is ADJOURNED to **July 8, 2025**. The parties are directed to continue to meet and confer in good faith to resolve their discovery disputes. In their joint status update letter, they must update the Court as to which disputes, if any, remain unresolved. Should the parties seek a discovery extension, they must include a proposed discovery schedule in the joint status update letter.

Dated: New York, New York
       June 25, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**