```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

        Plaintiff,

-against-

KEVIN P. MAHONEY,

        Defendant.

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter motion, filed on July 2, 2025, to compel the third-party Former Employees to comply with plaintiff's subpoenas duces tecum (Dkt. 59); the Former Employees' response, filed on July 8, 2025 (Dkt. 63); and plaintiff's reply, filed on July 10, 2025 (Dkt. 66). Judge Moses will hold a discovery conference on **August 7, 2025, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007. The parties are directed to continue to meet and confer in good faith to resolve their discovery disputes. They must then file a joint status letter, no later than **August 4, 2025**, confirming that that have complied with this Order and describing any disputes that remain for judicial resolution.

    Plaintiff must serve a copy of this Order on the Former Employees, and provide proof of service of the same.

Dated: New York, New York
       July 14, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**