UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

         Plaintiff,

-against-

KEVIN P. MAHONEY,

         Defendant.

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has reviewed the parties' joint letter-motion, dated October 30, 2025, and joint status letter, dated November 5, 2025. (Dkts. 97, 98.) The Court is always happy to accommodate serious settlement efforts, but is not prepared to issue an open-ended stay based solely on the parties' representation that they "intend to conduct mediation in the very near term." (Dkt. 97, at 2.)

The Court hereby EXTENDS all current pre-trial discovery deadlines, *see* Dkt. 67, by 30 days. During that 30-day period, the parties may renew their request for a stay or, in the alternative, a longer extension. In support of any such request, the parties should be prepared to provide specifics concerning the dates of their upcoming mediation.

Dated: New York, New York
      November 6, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**