UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

            Plaintiff,

-against-

KEVIN P. MAHONEY,

            Defendant.

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    In light of this Court's Order dated November 6, 2025 (Dkt. 99), the status conference currently scheduled for November 12, 2025 (Dkt. 67) is ADJOURNED to **December 22, 2025, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. At least one week prior to that date (no later than **December 15, 2025**), the parties must submit a joint status update letter outlining the progress of discovery to date, the parties' plans for summary judgment, and any further efforts to settle their dispute. If there are no significant controversies requiring judicial intervention at that time, the parties may request, in their joint status update letter, that the conference be conducted remotely.

Dated: New York, New York
       November 10, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**