USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/08/25___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

          Plaintiff,

-against-

KEVIN P. MAHONEY,

          Defendant.

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

Due to the extended discovery schedule, the status conference currently scheduled for December 22, 2025 at 11:00 a.m. is hereby ADJOURNED to **January 12, 2026 at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Dated: New York, New York
      December 8, 2025

                      **SO ORDERED.**

                      _____

                      **BARBARA MOSES**
                      **United States Magistrate Judge**