```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __01/12/26__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

                    Plaintiff,                          24-CV-9139 (RA) (BCM)

        -against-                               **ORDER**

KEVIN P. MAHONEY,

                    Defendant.

**BARBARA MOSES, United States Magistrate Judge**

In light of the scheduled mediation on March 12, 2026 (*see* Dkt. 102 at 1), the Court hereby STAYS all pending discovery deadlines until March 19, 2026. However, the parties are permitted, and indeed encouraged, to schedule deposition dates and otherwise plan for discovery to resume thereafter if the mediation is unsuccessful.

No later than **March 19, 2026**, the parties must submit a joint letter advising the Court whether the mediation was successful and, if not, they must propose new deadlines for the completion of fact and expert discovery.

Dated:  New York, New York
        January 12, 2026                  SO ORDERED.

                                          _____
                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**