UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

        Plaintiff,

-against-

KEVIN P. MAHONEY,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/14/26___

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court is in receipt of (1) defendant Mahoney's March 31, 2026 letter-motion (Dkt. 108) regarding plaintiff BSA's (i) alleged violation of this Court's Order dated July 11, 2025, and (ii) alleged failure to properly respond to defendant's RFPs Nos. 3 and 4; and (2) plaintiff's April 24, 2026 letter-motion (Dkt. 113) regarding non-party CZP's (i) alleged failure to properly supplement its response to plaintiff's February 27, 2025 subpoena duces tecum, (ii) refusal to respond to respond to plaintiff's January 30, 2026 subpoena duces tecum, and (iii) refusal to schedule the deposition of S. John Kim, an employee of CZP.

The Court will conduct a discovery conference on the above issues, in accordance with Local Civil Rule 37.2, on **June 1, 2026, at 11:00 a.m.** BSA is directed to promptly serve a copy of this Order on CZP and file proof of such service on the docket.

Dated: New York, New York
      May 14, 2026

**SO ORDERED.**

_____

**BARBARA MOSES**
**United States Magistrate Judge**