UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

           Plaintiff,

   -against-

KEVIN P. MAHONEY,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/17/26___

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      In light of the parties' ongoing efforts to meet and confer to resolve certain discovery issues (*see* Dkt. 135), and at their request, the status conference scheduled for June 18, 2026 is RESCHEDULED to **July 2, 2026 at 11:00 a.m.** The parties must submit a joint status letter updating the Court on the status of discovery no later than **June 29, 2026**.

      The Court EXTENDS the current discovery schedule (*see* Dkts. 131, 105), as follows:

1.     Fact Discovery: All remaining fact discovery, including fact depositions, must be completed no later than **July 27, 2026**.

2.     Initial Expert Disclosures: Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), must be made no later than **August 26, 2026**.

3.     Rebuttal Expert Disclosures: The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party must be made no later than **September 25, 2026**.

4.     Close of Expert Discovery: Depositions of experts must be completed no later than **October 23, 2026**.

Dated: New York, New York
      June 17, 2026

                        **SO ORDERED.**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**