USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/28/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

Plaintiff,

-against-

KEVIN P. MAHONEY,

Defendant.

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court GRANTS plaintiff's emergency letter-motion to seal (Dkt. 192) and defendant's letter-motion for leave to re-file a redacted version of his papers in opposition to plaintiff's motion to leave to amend (Dkt. 193).

No later than **October 30, 2026**, defendant Kevin P. Mahoney (Mahoney) must file a redacted version of Dkt. 190 on the public docket. Additionally, no later than **October 30, 2026**, non-party Christoph Zeiss Partners, Inc. (CZP) must either: (1) file a redacted version of Dkt. 189 on the public docket, or (2) in the alternative, file a letter-motion seeking unsealing of the unredacted filing. Mahoney and CZP are cautioned that in the future they should not file on the public docket documents which reveal the content of materials previously sealed by this Court, absent consent of the party at whose behest those documents were sealed.

The Clerk of Court is respectfully directed to close the letter-motions at Dkts. 192 and 193, and to place the recent filings at Dkts. 189 and 190 under seal.

Dated: New York, New York
October 28, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**