USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/18/26

NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

Plaintiff,

-against-

KEVIN P. MAHONEY,

Defendant.

24-CV-9139 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated October 28, 2026 (Dkt. 197), the Court directed non-party Christoph Zeiss Partners, Inc. (CZP) to either: (1) file a redacted version of Dkt. 189 on the public docket, or (2) in the alternative, file a letter-motion seeking unsealing of the unredacted filing. CZP has not yet done so. Therefore, it is hereby ORDERED that CZP must, no later than **November 23, 2026**, comply with this Court's October 28 Order.

Dated: New York, New York
November 18, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**