KASOWITZ LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

A. MACDONALD CAPUTO, JR.
DIRECT DIAL: (212) 506-3302
DIRECT FAX: (212) 500-3572
ACAPUTO@KASOWITZ.COM

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

Application GRANTED. Defendant Mahoney's deadline to respond to plaintiff BSA's letter-motion (Dkts. 204, 208) is EXTENDED to **November 25, 2026**. BSA's deadline to file a reply, if any, is EXTENDED to **December 2, 2026**.

SO ORDERED.

November 18, 2026

**Barbara Moses, U.S.M.J.**

November 17, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/26

**VIA ECF**

The Honorable Barbara Moses
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

**Re: *Bay Street Advisors, LLC v. Mahoney*, Case No. 24-cv-09139 (RA)(BCM)**

Dear Judge Moses:

We submit this letter on behalf of Defendant/Counterclaim-Plaintiff Kevin P. Mahoney ("Mahoney") and pursuant to Rule 2.A. of Your Honor's Individual Rules and Practices, to request an extension of Mahoney's time to respond to Plaintiff/Counterclaim-Defendant Bay Street Advisors, LLC's ("BSA") recently filed Letter Motion for a Discovery Conference (the "Motion") (Dkt. No. 204), from November 20, 2026 to November 25, 2026, and a related extension of BSA's time to file its reply to December 2, 2026.

As required by Rule 2.A., Mahoney states the following:

1) BSA filed its Motion on November 17, 2026, making Mahoney's opposition due on November 20, 2026 pursuant to 2.E. of Your Honor's Individual Rules and Practices.

2) This is counsel for Mahoney's first request for an extension to respond to this Motion.

3) Counsel for Mahoney requests this extension due to a conflicting post-trial briefing deadline on November 19, 2026, in the matter of *FinancialApps, LLC v. Envestnet, Inc. and Yodlee, Inc.*, 19-cv-01337, pending in the United States District Court for the District of Delaware.

MEMO ENDORSED

4) Counsel for BSA consented to counsel for Mahoney's extension request by email dated November 17, 2026.

Thank you for your attention to this matter.

Sincerely,

*/s/ A. Macdonald Caputo, Jr.*

A. Macdonald Caputo, Jr.

CC: All Counsel of Record via ECF