UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAY STREET ADVISORS, LLC,

Plaintiff and Counterclaim-Defendant,

vs.

KEVIN P. MAHONEY,

Defendant and Counterclaim-Plaintiff.

Case No.: 1:24-cv-09139

**DECLARATION OF SHAD GOPAUL**

I, Shad Gopaul, do hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, the following:

1. I am a Senior Data Forensic Analyst at VDiscovery with 10 years of data forensics experience. I respectfully submit this declaration in support of Defendant and Counterclaim-Plaintiff Kevin P. Mahoney's Opposition to Bay Street Advisors, LLC's ("BSA") request for a pre-motion discovery conference (Dkt. 204), submitted herewith.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently hereto.

3. VDiscovery provides digital forensic, e-discovery, and litigation support services in connection with legal disputes. In my role at VDiscovery, I collect, preserve, and examine electronic data from computers, mobile devices, and cloud-based accounts. In performing this work, I document how evidence is handled and use forensic tools to analyze the data.

4. I have reviewed the public versions of BSA's filing at Docket Nos. 204, 205.

5. I have also reviewed certain communications from BSA's counsel, including Exhibit A to BSA's request for a pre-motion discovery conference (Dkt. 204) which purports to raise "serious issues concerning the image of Mahoney's Lenovo laptop produced by VDiscovery to TransPerfect on August 24, 2026 pursuant to Judge Moses's August 13 Order (the 'Lenovo Logical Image')."

6. I have reviewed the Lenovo Logical Image (which BSA also refers to as the "Target Logical Image"), as well as the subsequent full image that VDiscovery conducted (which BSA refers to as the "Physical Image").

7. The first of the purportedly "serious issues" Defendants raised concerns Transperfect's purported "USB Analysis" of the Lenovo Logical Image, as set forth in Transperfect's report (Dkt. No. 205-1). Therein, Transperfect asserts that "Additionally, an external volume or network mount ({efda884e-1314-4f89-b281-a13748544480}) was interacted with earlier on 2025-04-18."

8. Based on my review of the subsequent Physical Image, it is clear that Transperfect's USB analysis was flawed. The Globally Unique Identifier (or "GUID") that Transperfect represented related to "an external volume or network" – "efda884e-1314-4f89-b281-a13748544480" in fact relates to the internal C: Drive on the Lenovo itself, not an external drive.

9. This is readily apparent from three key identifiers taken from the Windows SYSTEM hive registry.

10. First, the "Mounted Devices" segment of the registry makes clear that the drive letter assigned to the "efda884e-1314-4f89-b281-a13748544480" GUID is "C:," which is the internal drive of the Lenovo laptop, not an external disk.

11. Second, the Partition Table of this internal drive – which defines how the internal C: Drive is segmented for use by Windows – indicates that the "efda884e-1314-4f89-b281-a13748544480" GUID belongs to a windows partition on the Lenovo's internal C: Drive, not an external disk.

12. Third, the system's Boot Volume also indicates that the "efda884e-1314-4f89-b281-a13748544480" GUID belongs to the Lenovo's internal C: Drive, not an external disk.

13. Two other indicators, pulled from the SOFTWARE hive registry further confirm this.

14. First, the Windows System Protection component, which runs restore points and shadow copies. The Windows Clients key records which programs use the System Protection component, and which drives each protects. Here, Mr. Mahoney's Windows system stores the "efda884e-1314-4f89-b281-a13748544480" GUID as "Windows (C:)".

15. Second, the Windows Event log contains 22,500 events from Oct 2024 to Oct 2026. In every single one of those events, the "efda884e-1314-4f89-b281-a13748544480" GUID is paired with the internal "C:" drive in Mr. Mahoney's Lenovo, as well as with the label "Windows," and system's boot volume. It is never paired with any other drive letter, or any external drive.

16. Any one of these five indicators is sufficient to confirm that the "efda884e-1314-4f89-b281-a13748544480" GUID refers to the internal C: drive of the Lenovo, and not an external drive. There is also no other evidence of any external drive being attached to the machine, except the external drive used by VDiscovery to perform the collection.

17. Defendants' Sept. 23, 2026 email also purported to "uncover evidence that Mahoney interacted with Windows backup and recovery functions immediately before the April 22, 2025 collection." Dkt. 204, Ex. A. Defendants further claimed that "At 6:31 a.m. UTC that

morning, Mahoney searched Google for 'create restore point windows 11.'" *Id.* And that "Two minutes later, at 6:33:57 a.m., he navigated to the Windows Recovery settings page ('Control Panel:Recovery')," and accessed "the Windows Backup and Restore Center ('Control Panel:Backup and Restore Center') that same morning." *Id.* I also understand that during meet and confers, BSA's counsel has accused Mr. Mahoney of creating external backups of his data, based on the Restore Points mentioned above.

18. Defendants conflate the concept of Restore Points with backups, which in any event, were not created.

19. First, as made clear by Microsoft itself, Windows provides functionality called System Restore, which "can be particularly useful when troubleshooting issues caused by recent changes, such as software installations, driver updates, or system settings modifications. By using System Restore, you can undo these changes without affecting your personal files, providing a safe way to resolve problems without losing important data."[1] "System Restore works by utilizing *restore points*, which are snapshots of the system's configuration and settings at a specific moment. These restore points can be created automatically by the system during significant events, like software installations or updates, or manually before making major changes."[2]

20. In other words, a restore point allows a user to "roll back" system settings to a prior state, in case a software installation goes awry.

21. Importantly, the creation of a restore point is not the same as a data backup. A restore point stays on the same internal drive, rolling back to it, leaves personal files alone, and creating one does not copy anything to an external drive, while a full backup is "a comprehensive

[1] https://support.microsoft.com/en-gb/windows/experience/backup-recovery/system-restore
[2] *Id.*

solution for safeguarding . . . important data . . . . including files, themes, settings, installed apps, and Wi-Fi information."[3] A full backup can be saved to an external drive.

22. Here, system data confirms that Restore Points–not a backup–were created on April 15 and April 18, 2025.

23. There is no evidence that either of these Restore Points were actually used to accomplish a roll-back, or that any restore points were deleted.

24. There is also no evidence that any data backups were created, or that any backup drive was connected to the machine.

25. BSA's claim that the first Logical Image evidences "back up activity" is simply false, as is its references to "undisclosed repositories and devices, backup activity, and potential additional repositories containing BSA files."

26. Regarding the purportedly missing files and folders BSA claims to have identified through LNK and Shellbag artifacts, as I understand BSA has been informed, I am continuing to investigate these inconsistencies, but my analysis is ongoing.

27. Lastly, I have reviewed Ms. Laguardia's declarations in connection with both this motion (Dkt. 204) and the BSA's prior forensic motion (Dkt. 151), and it is not clear to me why TransPerfect's neutral team is any less capable of reviewing the images than BSA's expert team. None of the evaluations listed in either protocol present anything beyond the reach of the neutral team.

* * *

[3] https://support.microsoft.com/en-us/windows/experience/backup-recovery/backup-restore-and-recovery-in-windows

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 25, 2026.

Shad Gopaul